**No. 41352.**—Protests 939218–G, etc., of N. Minami & Co., Inc., et al. (New York).

711

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.